United States District Court
Southern District of Texas
**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM CONTRERAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-04131 |
| | § | |
| JAMES MADISON, JOE BIDEN, | § | |
| DONALD JOHN TRUMP and GLORIA | § | |
| ESPINOSA, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

On January 9, 2023, Magistrate Judge Peter Bray recommended that this case be dismissed for lack of subject matter jurisdiction. (Dkt. No. 7). No objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby **ADOPTS** the Report and Recommendation as this Court's opinion.

It is SO ORDERED.

Signed on February 14, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**